BARBARA R. MONDELLI, APPELLANT AND CROSS-APPELLEE, V. KENDEL HOMES CORPORATION, A NEBRASKA CORPORATION, AND CITY OF PAPILLION, NEBRASKA, A POLITICAL SUBDIVISION OF THE STATE OF NEBRASKA, APPELLEES AND CROSS-APPELLANTS. VITO B. MONDELLI, APPELLANT AND CROSS-APPELLEE, V. KENDEL HOMES CORPORATION, A NEBRASKA CORPORATION, AND CITY OF PAPILLION, NEBRASKA, A POLITICAL SUBDIVISION OF THE STATE OF NEBRASKA, APPELLEES AND CROSS-APPELLANTS.

641 N.W. 2d 624

Filed October 5, 2001.   Nos. S-00-296, S-00-297.

W. Craig Howell and Nora M. Kane, of Domina Law, P.C., for appellants.

Richard C. Gordon and Betty L. Egan, of Walentine, O'Toole, McQuillan & Gordon, for appellee Kendel Homes Corp.

Thomas M. Locher and Thomas M. Braddy, of Locher, Cellilli, Pavelka & Dostal, L.L.C., for appellee City of Papillion.

HENDRY, C.J., WRIGHT, CONNOLLY, GERRARD, STEPHAN, MCCORMACK, and MILLER-LERMAN, JJ.

PER CURIAM.

Cases Nos. S-00-296 and S-00-297 are before this court on the motion for rehearing of the appellee Kendel Homes

Corporation regarding our opinion reported at *Mondelli v. Kendel Homes Corp., ante* p. 263, 631 N.W.2d 846 (2001). We overrule the motion, but for purposes of clarification, modify the opinion as follows:

In that portion of the opinion designated "(c) Motion for Joinder," the last paragraph under that section, *id.* at 277, 631 N.W.2d at 858, is withdrawn, and the following paragraph is substituted in its place: "Joinder is discretionary. See Neb. Rev. Stat. § 25-705 (Cum. Supp. 1998). We conclude that based on the record, the district court did not abuse its discretion in refusing to join all of the claims into one action."

The remainder of the opinion shall remain unmodified.

<div align="center">

FORMER OPINION MODIFIED.

MOTION FOR REHEARING OVERRULED.